FILED
17 OCT -2 AM 9: 11
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| RICO DANCY, | ) | CASE NO. 1:17 CV 2032 |
| Plaintiff, | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| CITY OF CLEVELAND, | ) | <u>JUDGMENT ENTRY</u> |
| Defendant. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE